UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN RIVERA, JR., | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-357 |
| | § | |
| WILLIAM STEPHENS, | § | |
| | § | |
| Respondent. | § | |

## ORDER CONSOLIDATING CASES

Petitioner filed two §2254 petitions challenging two separate Jim Wells County convictions under two separate cause numbers. In the first petition, Petitioner challenges his February 1, 2011 conviction for possession of a controlled substance. Cause No. 2:14-cv-357. In his second petition, Petitioner challenges his January 24, 1991 conviction for burglary of a habitation. Cause No. 2:14-cv-359. It appears the grounds for challenging the convictions are interrelated as Petitioner alleges his second conviction was unjustifiably enhanced as a result of his first conviction.

Therefore, while Petitioner correctly filed two petitions pursuant to Rule 2(e) of the Rules Governing Section 2254 Cases, judicial economy dictates the cases be consolidated. Accordingly, the above cases are consolidated and all future pleadings shall be filed under Cause No. 2:14-cv-357.

ORDERED this 29th day of August, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE